THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Devodus Rouse, Appellant.
 
 
 

Appeal From Florence County
Ralph King Anderson, Jr., Special Circuit Court Judge

Unpublished Opinion No 2011-UP-274
Submitted May 1, 2011  Filed June 8, 2011   

APPEAL DISMISSED

 
 
 
 Appellate Defender Joseph Savitz, III, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia;
 and Solicitor Edgar Clements, Jr., of Florence, for Respondent.
 
 
 

PER CURIAM:  Devodus Rouse appeals his conviction for voluntary manslaughter, arguing the trial court erred by failing to instruct the jury on
self-defense.  After a thorough review of the record and counsel's brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
FEW, C.J., HUFF and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.